JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA BARBERIO, an individual,<br><br>    Plaintiff,<br><br>  v.<br><br>COSTCO WHOLESALE CORPORATION, a California Corporation; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No: CV 20-10637-GW-RAOx<br>(Complaint filed on October 19, 2020)<br><br>**ORDER RE; JOINT STIPULATION BY THE PARTIES REGARDING DAMAGES AND TO REMAND THE MATTER** |

## ORDER

The Parties to the above-referenced action filed a Joint Stipulation regarding Damages and to Remand the Matter. The Court having reviewed the Stipulation, and good cause appearing therefor, orders as follows:

1. The Joint Stipulation re: Damages and Remand shall be deemed a judicial admission by Plaintiff that the amount in controversy in this Action is no greater than $74,999. As such, Plaintiff's recoverable damages in the Action are limited to $74,999.

2. As the amount in controversy in this matter is below $75,000 and is thus insufficient to maintain original subject matter jurisdiction under 28 U.S.C., §

1332(a), Central District of California Case Number 2:20-cv-10637, styled <u>Sara Barberio v. Costco Wholesale Corporation; and DOES 1 through 50 inclusive,</u> is hereby remanded to the Los Angeles County Superior Court.

IT IS SO ORDERED.

Dated: December 8, 2020            _____

                                         HON. GEORGE H. WU, U.S. District Judge

Proposed Order re Joint Stipulation By The Parties Regarding Damages And To Remand The Matter